# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2010

Marilyn Kelly,
Chief Justice

138696

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SUPERIOR HOTELS, L.L.C.,
        Petitioner-Appellant,

v

                                          SC: 138696
                                          COA: 276836
                                          MTT: 00-313228

TOWNSHIP OF MACKINAW,
        Respondent-Appellee.

_____/

      On order of the Court, leave to appeal having been granted and the briefs and oral arguments of the parties having been considered by the Court, we VACATE our order of July 9, 2009. The application for leave to appeal the March 10, 2009 judgment of the Court of Appeals is DENIED, because we are no longer persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2010

_____
Clerk

0119